## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES EDWARD SCOTT, | ) | 3:19-cv-00347-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | October 20, 2020 |
| NAPHCARE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Stay Expert Disclosure Pending Outcome of Defendants' Motions to Dismiss (ECF No. 38). No timely response has been filed.

Good cause appearing, Defendants' Motion to Stay Expert Disclosure Pending Outcome of Defendants' Motions to Dismiss (ECF No. 38) is **GRANTED**. All deadlines set forth in the court's Scheduling Order (ECF No. 23), including the disclosure of expert witnesses, are **STAYED** until sixty (60) days after the court issues a decision on Defendants' Motions to Dismiss (ECF Nos. 19 and 36).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  _____/s/_____
        Deputy Clerk