SCHUERING ZIMMERMAN & DOYLE, LLP
Chad C. Couchot, Esq. (SBN: 12946)
400 University Avenue
Sacramento. CA 95825
(916) 567-0400
Email: cc@szs.com

CLARK NEWBERRY LAW FIRM
Aimee Clark Newberry, Esq. (SBN: 11084)
aclarknewberry@cnlawlv.com
810 S. Durango Drive, Suite 102
Las Vegas, NV 89145
Telephone: (702) 608-4232
*Attorneys for Larry Williamson, M.D.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT, | CASE NO.: 3:19-cv-00347-MMD-WGC |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| NAPHCARE; CLARK COUNTY DETENTION CENTER; DOCTOR KAREN; DOCTOR FEELEY; DOCTOR WILLIAMSON, | |
| Defendants. | |

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Tara Clark Newberry, Esq. is no longer associated with Clark Newberry Law Firm and requests that Tara Clark Newberry be removed from the electronic service list.

/////

/////

Clark Newberry Law Firm continues to serve as counsel for Defendant, Larry Williamson, M.D. in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should be directed to:

Aimee Clark Newberry, Nevada Bar No. 11084
Email: aclarknewberry@cnlawlv.com

DATED this 4th day of January 2021.

CLARK NEWBERRY LAW FIRM

  */s/ Aimee Clark Newberry*
AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
810 S. Durango Drive, Suite 102
Las Vegas, NV 89145
*Attorney for Larry Williamson, M.D.*

IT IS SO ORDERED.

DATED: January 4, 2021.

_____
UNITED STATES MAGISTRATE JUDGE