LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Joshua Costello and Derek Franklin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES EDWARD SCOTT, <br><br>      Plaintiff, <br><br> vs. <br><br> NAPHCARE, et al. <br><br>      Defendants. | Case No.: 3:19-cv-00347-MMD-CSD <br><br> **ORDER GRANTING** <br> **LVMPD DEFENDANTS' MOTION FOR** <br> **EXTENSION OF TIME TO FILE REPLY** <br> **BRIEFS IN SUPPORT OF MOTIONS FOR** <br> **SUMMARY JUDGMENT** <br> **(1st Request)** <br> **[ECF Nos. 87, 88]** |

Defendants Joshua Costello and Derek Franklin (collectively "LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, respectfully request a two-week extension of time to file reply briefs in support of their pending Motions for Summary Judgment, (ECF Nos. 87, 88). The current deadline for LVMPD Defendants to file reply briefs is March 23, 2022. (See Responses ECF Nos. 101, 102). The requested extension would create a new deadline of April 6, 2022. Good cause supports the requested extension for the reasons stated in the below Memorandum of Points and Authorities.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3077942_1  6943.224

Page 1

1  DATED this 21st day of March, 2022.

2  KAEMPFER CROWELL

3

4  By:  /s/ Lyssa S. Anderson
    LYSSA S. ANDERSON (Nevada Bar No. 5781)
    KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
5   1980 Festival Plaza Drive, Suite 650
    Las Vegas, Nevada  89135

6

7  **Attorneys for Defendants**
   **Joshua Costello and Derek Franklin**

8

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. PROCEDURAL HISTORY

Plaintiff James Scott initiated this lawsuit on June 21, 2019, by filing an Application to proceed *in forma pauperis* alongside a Complaint, (ECF No. 1). The Court granted the Application then Screening the Complaint through on Order entered May 13, 2020. (Order, ECF No. 3).

Following discovery, LVMPD Defendants filed separate Motions for Summary Judgment, (ECF Nos. 87, 88). The Court issued a briefing schedule identifying Plaintiff's response deadline as January 26, 2022, (Min. Order, ECF No. 89); however, Plaintiff requested more time to respond. (Mot. Extend Time, ECF No. 90) (filed January 19, 2022). The Court granted Plaintiff's request and extended his response deadline to March 11, 2022. (Order, ECF No. 93) (entered January 20, 2022).

Before filing a response to LVMPD Defendants' Motions for Summary Judgment, Plaintiff filed two Motions with the Court: a Motion asking the Court to appoint him an independent expert, (ECF No. 98), and a Motion asking for an extension of deadlines until the Court rules on the request for an appointed expert, (ECF No. 100). Both Motions are still

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3077942_1  6943.224

Page 2

1  pending, and briefing is complete.

2  Plaintiff ultimately complied with the Court-given response deadline to oppose LVMPD
3  Defendants' Motions for Summary Judgment. (Responses, ECF Nos. 101, 102) (filed March 9,
4  2022). LVMPD Defendants' reply deadline is currently set for March 23, 2022.

5  **II.    ARGUMENT**

6  Local Rule IA 6-1 provides the governing legal standard for an extension of briefing
7  deadlines regarding non-discovery motions pending before the Court. *See* D. Nev. Local R. IA 6-
8  1. This Local Rule authorizes extensions of time for a non-expired deadline so long as the
9  requesting party provides "good cause" for the extension. *Id.* (imposing a "good cause" standard
10 for requests made before the deadline has expired, but imposing an "excusable neglect" standard
11 for requests made "after the expiration of the specific period").[1]

12 Here, good cause exists for an extension of LVMPD Defendants' current deadline of
13 March 23, 2022, to file reply briefs in support of their Motions for Summary Judgment.
14 LVMPD Defendants' counsel has recently had a grueling litigation schedule—including drafting
15 an appellate brief before the Ninth Circuit that was due on March 16, 2022, which involved
16 complex legal issues of collateral estoppel, federal exhaustion doctrines, and a constitutional
17 challenge to a Clark County ordinance; multiple depositions at the beginning of this month and
18 two depositions this week (one on March 23 and another on March 24); and written discovery
19 obligations and motion practice in other lawsuits. These responsibilities significantly reduced
20 LVMPD Defendants' counsel's available time to draft reply briefs for summary judgment in this

---

[1] Because this extension request from LVMPD Defendants does not concern a discovery deadline or discovery issue, there is not a requirement for LVMPD Defendants to attempt a meet-and-confer conference with Plaintiff. Moreover, the only method of communication between the parties is by mail due to Plaintiff's incarcerated status. A timely meet-and-confer attempt through mail was not practical between the date that Plaintiff filed his responses opposing summary judgment and the date that LVMPD Defendants' reply briefs are due.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3077942_1  6943.224

Page 3

lawsuit. Also, counsel's available time for this lawsuit was further reduced when addressing Plaintiff's recent motions pending before the Court regarding appointment of an independent expert.

In order to thoroughly address summary judgment, LVMPD Defendants request a two-week extension of time for their reply deadline. If granted, their new deadline will be April 6, 2022. Extending this deadline will ensure that the Court has adequate briefing to address the merits of Plaintiff's claims and potentially resolve this lawsuit before trial. A two-week extension will not prejudice Plaintiff because there are no ongoing discovery obligations at this stage and a trial date has not been set.

### III.   CONCLUSION

For the reasons stated in this Motion, LVMPD Defendants respectfully request a two-week extension of time to file reply briefs in support of their Motions for Summary Judgment. Good cause supports the request and, if granted, the new deadline will be April 6, 2022.

DATED this 21st day of March, 2022.

KAEMPFER CROWELL

By:   /s/ Lyssa S. Anderson
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

*Attorneys for Defendants*
*Joshua Costello and Derek Franklin*

IT IS SO ORDERED.

DATED: March 22, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3077942_1  6943.224

Page 4