UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NAPHCARE, et al.,<br><br>　　　　　　　　　Defendants. | 3:19-cv-00347-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 123 |

Before the court is Plaintiff's Motion to Schedule a Joint Pretrial Conference Between Plaintiff and Counsel for Defendants. (ECF No. 123.) Defendants filed responses to Plaintiff's motion. (ECF Nos. 124, 125.) There has been no reply.

Good cause appearing, **IT IS HEREBY ORDERED** that the parties shall meet and confer via Zoom in which to prepare their Proposed Joint Pretrial Order.

**IT IS FURTHER ORDERED** that the parties shall have to and including **Friday, August 25, 2023**, in which to file the Proposed Joint Pretrial Order.

DATED: July 18, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1