# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NAPHCARE, et al.,<br><br>　　　　　　　　　　Defendants. | 3:19-cv-00347-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 127 |

Before the court is Plaintiff's Motion to Extend the Proposed Joint Pretrial Order Deadline by Thirty Days. (ECF No. 127.) Plaintiff requests that the parties have until September 25, 2023, in which to file their Proposed Joint Pretrial Order due to Plaintiff's medical issues.

Good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend the Proposed Joint Pretrial Order Deadline (ECF No. 127) is **<u>GRANTED</u>**.

**IT IS FURTHER ORDERED** that the parties shall have to and including **Monday, September 25, 2023,** in which to file their Proposed Joint Pretrial Order.

DATED: August 21, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_C S &_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1