1
2
3
4
5
6
7   ,
8
9
10

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT,        ) | No.   3:19-cv-00347-ART-CSD |
|        ) | |
|        Plaintiff,        ) | **O R D E R  DISMISSING DEFENDANTS LARRY WILLIAMSON, M.D. AND EMILY FEELY, M.D. WITH PREJUDICE** |
|        ) | |
| vs.        ) | |
|        ) | |
| NAPHCARE, CLARK COUNTY DETENTION CENTER, DOCTOR KAREN, DOCTOR FEELEY, DOCTOR WILLIAMSON,        ) | |
|        ) | |
|        Defendants.        ) | |

The Court having considered the Stipulated Motion to Substitute and Dismiss (ECF No. 163), and good cause appearing,

**IT IS HEREBY ORDERED**, granting the Stipulated Motion to Substitute and Dismiss.

**IT IS ORDERED** that:

NaphCare, Inc. is substituted in place of Defendants Larry Williamson, M.D.

///

////

-1-

1  and Emily Feely, M.D.. Defendants Williamson and Feely are dismissed with
2  prejudice.
3  DATED this  25th   day of    February   , 2025.

_____
United States District Judge