IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NAPHCARE, CLARK COUNTY DETENTION CENTER, DOCTOR KAREN, DOCTOR FEELEY, DOCTOR WILLIAMSON,<br><br>　　　　Defendants. | Case No. 3:19-cv-00347-ART-CSD<br><br>ORDER GRANTING<br><br>STIPULATION FOR DISMISSAL OF NAPHCARE INC., WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, that the above-entitled matter be dismissed with prejudice as to Defendant NAPHCARE, INC.; with each party to bear their own fees and costs.

Dated: March 17, 2025

_/s/ Chad Couchot_
Chad C. Couchot
Nevada Bar #: 12946
SCHUERING & DOYLE, LLP
Attorneys for Defendants

Dated: March 17, 2025

/s/ James Scott
James Scott
Northern Nevada Correctional

-1-

-2-

1  Based on the stipulation of the parties, Defendant NAPHCARE, INC.; is
2  hereby dismissed with prejudice. IT IS ORDERED.
3  Dated: March 17, 2025

_____
Anne R. Traum
United States District Judge