UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NAPHCARE, et al.<br><br>　　　　　Defendants. | Case No.:　3:19-cv-00347-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR<br>DISMISSAL WITH PREJUDICE |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, Derek Franklin ("Franklin"), through his counsel, and Plaintiff, James Edward Scott ("Plaintiff"), in proper person, that all of Plaintiff's claims against Franklin are hereby dismissed, with prejudice,

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3914802_1  6943.224

1   with each party to bear their own attorney fees and costs.

2   DATED this 5th day of February, 2025.      DATED this 5th day of February, 2025.

3   KAEMPFER CROWELL

4   By:   /s/ Lyssa S. Anderson        By:   _____
      LYSSA S. ANDERSON           James Edward Scott, III

5      (Nevada Bar No. 5781)            3800 NW 63rd Drive
     KRISTOPHER J. KALKOWSKI     Gainesville, FL 32606

6      (Nevada Bar No. 14892)
     1980 Festival Plaza Drive, Suite 650   *Plaintiff, Pro Se*

7      Las Vegas, Nevada 89135
     *Attorneys for Defendant*

8      *Derek Franklin*

9

10

11

12   IT IS SO ORDERED.

13

14                                         _____
                                        Anne R. Traum

15                                         United States District Judge

16                                         DATED: March 21, 2025

17

18

19

20

21

22

23

24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3914802_1 6943.224

Page 2 of 2